# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-0200-01-CR-W-FJG |
| William Eneff, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant's motion to suppress evidence (Doc. #184), filed September 12, 2008, and the government's response in opposition (Doc. #100), filed October 24, 2008.

On December 19, 2008, United States Magistrate Judge John T. Maughmer entered a report and recommendation (Doc.#227) which recommended denying the above-mentioned motion. Defendant's objections to Magistrate Judge Maughmer's report and recommendation were filed on January 3, 2009 (Doc. #237).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress evidence (Doc. #184), filed September 12, 2008, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress evidence (Doc. #184), filed September 12, 2008, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 1/27/09
Kansas City, Missouri